**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CLAUDETTE ANN NICHOLS, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-25-CV-01821-XR |
| | § | |
| AAA TEXAS LLC, AAA LIFE | § | |
| INSURANCE COMPANY, AUTO CLUB | § | |
| ENTERPRISES, AUTOMOBILE CLUB | § | |
| OF SOUTHERN CALIFORNIA, DOES | § | |
| 1-10, | § | |
| *Defendants* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this date, the Court considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation in the above-numbered and styled case. ECF No. 8.  After careful consideration, the Report and Recommendation is **ADOPTED**.

In December 2025, Plaintiff, proceeding pro se, filed a motion to proceed in forma pauperis ("IFP") and a proposed complaint.  ECF No. 1.  The case was automatically referred to Magistrate Judge Bemporad for disposition of the IFP motion and review under 28 U.S.C. Section 1915(e).

Judge Bemporad granted the IFP motion and ordered Plaintiff to submit summonses to the Clerk of Court so that Defendants could be served.  ECF No. 5. The Complaint was entered on January 20, 2026, *see* ECF No. 6, making Plaintiff's service deadline April 20, 2026.  *See* FED. R. CIV. P. 4(m).

Plaintiff did not submit the summonses.  So on April 21, 2026, Judge Bemporad ordered her to show cause why her case should not be dismissed for lack of service.  ECF No. 7.  The deadline to respond to that order passed, and Plaintiff did not respond.

Judge Bemporad thus filed the Report and Recommendation at issue here, which

1

recommends dismissing this action without prejudice for failure to serve. *See* FED. R. CIV. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Magistrate Judge's recommendation was mailed by certified mail on June 8, 2026, and received on June 15, 2026. ECF Nos. 9, 11. No objections have been filed.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to mail a copy of this Order to Claudette Ann Nichols at 915 Mount Kisco Dr., San Antonio, TX 78213.

It is so **ORDERED**.

**SIGNED** this 9th day of July, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE